UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Nurture, LLC<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>PBM Nutritionals, LLC<br><br>　　　Defendant. | Civil Action No. 24-141<br><br>**[PROPOSED]** **ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE THE COMPLAINT UNDER SEAL** |

Plaintiff, having moved to file a new civil case with a redacted Complaint and certain exhibits under seal, and the Court having reviewed the application and having found sufficient cause to order this case to be filed with (i) a redacted Complaint and certain exhibits (Exs. A-E) under seal in a case available in public view on the Court's ECF system, and (ii) an unredacted Complaint and exhibits filed under seal in the traditional manner, in paper form, it is hereby:

ORDERED that Plaintiff's Motion for Leave to File the Complaint Under Seal be granted, and it is

FURTHER ORDERED this case may be filed with a redacted Complaint and certain exhibits (Exs. A-E) under seal in a case available in public view on the Court's ECF system, with the unredacted Complaint and exhibits filed under seal in the traditional manner, in paper form.

The parties are directed to proceed in accordance with the instructions for filing under seal found in the Court's ECF Rules & Instructions, Rule 6.14, and present the case initiating documents to the Clerk of Court in the traditional manner, in paper form. The Clerk of Court is respectfully directed to close this Miscellaneous matter.

Dated: March 26, 2024

SO ORDERED:

/s/ Laura Taylor Swain
UNITED STATES DISTRICT JUDGE
Part I